**Raul FIGUEROA, Petitioner—Appellant,**

v.

**John ASHCROFT, Attorney General, Respondent—Appellee.**

No. 03–55523.

United States Court of Appeals, Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Submitted May 14, 2004.*

Decided May 18, 2004.

Karla Kraus, San Diego, CA, for Petitioner–Appellant.

Samuel W. Betty, Esq., US Attorney CV, Office of the U.S. Attorney, San Diego, CA, for Respondent–Appellee.

Before: BROWNING, RYMER, and GRABER, Circuit Judges.

MEMORANDUM **

Raul Figueroa, a native and citizen of Mexico, appeals the district court's denial of his habeas petition under 28 U.S.C. § 2241. We have jurisdiction pursuant to 28 U.S.C. § 1291, review de novo, *see Tripati v. Henman,* 843 F.2d 1160, 1162 (9th Cir.1988), and affirm for the reasons stated by the district court.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

